UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

THOMAS EDWARD ZAJAC and
CYNTHIA MARIE ZAJAC

    Debtors.
_____/

Case No. 24-49552
Chapter 13
Judge Paul R. Hage

THOMAS EDWARD ZAJAC
CYNTHIA MARIE ZAJAC and
Z-MAN SALES & SOLUTIONS, LLC

    Plaintiffs

v.

WBL SPO I, LLC and
WORLD BUSINESS LENDERS, LLC

    Defendants
_____/

Adv. Proc. No. 25-04002

Judge Paul R. Hage

# ORDER DENYING THE DEFENDANTS' MOTION TO SET ASIDE DEFAULT JUDGMENT

This adversary proceeding is before the Court on the motion by Defendants WBL SPO I, LLC and World Business Lenders, LLC entitled *Defendants' Motion to Set Aside Default Judgment" Filed on April 10, 2025* [Doc. No. 21] (the "Motion"). Today the Court has filed a written opinion regarding the Motion. For the reasons stated in the Court's written opinion, the Court enters this Order.

IT IS ORDERED that the Motion is denied.

**Signed on May 23, 2025**



/s/ Paul R. Hage
**Paul R. Hage
United States Bankruptcy Judge**