# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:

| | |
|---|---|
| THOMAS EDWARD ZAJAC and<br>CYNTHIA MARIE ZAJAC | Case No. 24-49552<br>Chapter 13<br>Judge Paul R. Hage |
| Debtors. | |

_____/

| | |
|---|---|
| THOMAS EDWARD ZAJAC<br>CYNTHIA MARIE ZAJAC and<br>Z-MAN SALES & SOLUTIONS, LLC | Adv. Proc. No. 25-04002<br><br>Judge Paul R. Hage |
| Plaintiffs | |

v.

WBL SPO I, LLC and
WORLD BUSINESS LENDERS, LLC

      Defendants

_____/

## ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION

On June 6, 2025, defendants WBL SPO I, LLC and World Business Lenders, LLC filed the *Motion for Reconsideration* [Doc. No. 36] (the "Motion") seeking reconsideration of the Court's *Order Denying the Defendants' Motion to Set Aside Default Judgment* [Doc. No. 32]. Today the Court has issued a written opinion regarding the Motion. For the reasons stated in that opinion, the Court enters this Order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Motion is denied.

**Signed on June 24, 2025**



/s/ Paul R. Hage
_____
**Paul R. Hage**
**United States Bankruptcy Judge**